1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT

9                               NORTHERN DISTRICT OF CALIFORNIA

10                                      SAN JOSE DIVISION

11

12   WENDELL J JONES,                    )        Case No.: C 10-1077 PVT
                                         )
13                   Plaintiff,          )        **ORDER CONTINUING HEARING; AND
                                         )        SETTING NEW DEADLINES**
14        v.                             )
                                         )
15   PNC BANK, N.A.,                     )
                                         )
16                   Defendant.          )
     _____ )
17

18        On March 19, 2010, Defendant filed a Motion to Dismiss and a Motion to Strike.  Pursuant

19   to Civil Local Rule 73-1(a)(2),[1] no later than five court days after those motions were filed each party

20   was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request

21   reassignment to a District Judge.[2]  Neither party has done so.  Therefore, based on the file herein,

22        IT IS HEREBY ORDERED that the deadline for the parties to file either a "Consent to

23   Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United

24   States Magistrate Judge and Request for Reassignment," is extended to June 1, 2010.  Both forms are

25   _____

26        [1]        A copy of the court's Civil Local Rules are available from the clerk of the court, or from
     the "Rules" section of the court's website (www.cand.uscourts.gov).
27

28        [2]        Magistrate Judges have authority to hear dispositive motions, such as the motions to
     dismiss and strike, only in cases where all parties have consented to Magistrate Judge jurisdiction.  *See*
     28 U.S.C. § 636(c)(1).

                                        ORDER, *page 1*

1  available from the clerk of the court, or from the "Forms" section of the court's website

2  (www.cand.uscourts.gov).

3      IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Dismiss and Motion

4  to Strike is CONTINUED to June 15, 2010, at 10:00 a.m. in Courtroom 5 of this court.

5      IT IS FURTHER ORDERED that the deadline for Plaintiff to file a written opposition to the

6  motion to dismiss his complaint is extended to June 1, 2010.[3]

7      IT IS FURTHER ORDERED that Defendant may file reply papers no later than June 8, 2010.

8  Dated:  *5/19/10*

9                                         *Patricia V. Trumbull*
                                          PATRICIA V. TRUMBULL
10                                        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

---

24      [3]      Plaintiff has not yet filed any written opposition to the motion. *See* CIV.L.R. 7-3(a) ("Any
opposition to a motion must be served and filed not less than 21 days before the hearing date."). Plaintiff
25  is representing himself *pro se*, and generally courts treat *pro se* litigants with "great leniency" when
evaluating compliance with the technical rules of civil procedure. *See, Draper v. Coombs*, 792 F.2d 915,
26  924 (9th Cir. 1986).  However, from the court's records it appears Plaintiff is an attorney, and *pro se*
attorneys "typically 'cannot claim the special consideration which the courts customarily grant to *pro*
27  *se* parties.'" *see Holtz v. Rockefeller & Co.*, 258 F.3d 62, 82 n.4 (2nd Cir.2001), quoting *Harbulak v.*
*County of Suffolk*, 654 F.2d 194, 198 (2nd Cir. 1981).  Nonetheless, in light of the policy of resolving
28  cases on the merits rather than on technicality, the court will grant Plaintiff one more opportunity to
oppose Defendant's motions.

1

2 ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4 copies mailed on   *5/19/10*          to:

5 Wendell J Jones
2409 Quantico Court
6 San Jose, CA 95128

7
                                                    */s/  Donna Kirchner                For*
8                                                    MARTHA BROWN
                                                    Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28