\*\*E-Filed 09/09/2010\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Wendell J. Jones,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PNC Bank, N.A., and DOES 1 – 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 10-CV-01077-LHK<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br>[re: docket no. 6] |

On August 20, 2010, this Court issued an Order dismissing the case for failure to state a claim, and giving Plaintiff leave to amend. The deadline for Plaintiff to submit amended claims was September 3, 2010. Plaintiff has not filed an amended pleading as of this date. Accordingly, this matter is dismissed WITH PREJUDICE. The clerk shall close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: September 9, 2010

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 10-CV-01077-LHK
ORDER DISMISSING CASE WITH PREJUDICE